IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANSLEM HYNDMAN,

    Plaintiff,

      v.

CITIZENS BANK, N.A., *et al.*,

    Defendants.

CIVIL ACTION NO.
1:25-cv-00169-TRJ-JHR

**ORDER**

On April 18, 2025, the Clerk entered default as to Defendant Franklin American Mortgage Company ("Franklin"). (Doc. 22). Accordingly, Plaintiff is **DIRECTED** to file by **December 10, 2025**, either: (1) a motion for default judgment as to Franklin, or (2) a notice explaining why Plaintiff is not seeking a default judgment as to Franklin at this time. Additionally, Defendant Citizens Bank, N.A. ("Citizens") filed an Answer on March 24, 2025. (Doc. 20). Discovery ended on August 23, 2025. To date, no motions for summary judgment have been filed. Therefore, Plaintiff and Citizens are **ORDERED** to submit a proposed consolidated pretrial order, consistent with Local Rule 16.4, by **December 10, 2025**. Because no motions for summary judgment were filed, the Clerk is respectfully **DIRECTED** to terminate the reference to the Magistrate Judge. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **December 11, 2025**.

SO ORDERED, this 10th day of November, 2025.

_____

TIFFANY R. JOHNSON
United States District Judge